UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: LEIVA, ARMANDO H | § | Case No. 11-80391 |
| LEIVA, OLGA E | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN                    , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 01:00pm on 01/18/2012 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: 11/21/2011        By: /s/JOSEPH D. OLSEN
                                            Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: LEIVA, ARMANDO H | § | Case No. 11-80391 |
| LEIVA, OLGA E | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $     15,000.00

*and approved disbursements of*     $     25.00

*leaving a balance on hand of* [1]     $     14,975.00

**Balance on hand:**     $     14,975.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | Associated Bank | 104,516.76 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:     $     0.00
Remaining balance:     $     14,975.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 2,250.00 | 0.00 | 2,250.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 172.23 | 0.00 | 172.23 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 2,462.50 | 0.00 | 2,462.50 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

Total to be paid for chapter 7 administration expenses:     $     5,134.73
Remaining balance:     $     9,840.27

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 9,840.27 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 9,840.27 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 37,335.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 9,701.63 | 0.00 | 2,556.97 |
| 2 | Commerce Bank | 2,312.12 | 0.00 | 609.38 |
| 3 | Capital One Bank (USA), N.A. | 7,753.35 | 0.00 | 2,043.47 |
| 4 | PYOD LLC its successors and assigns as assignee of | 9,397.86 | 0.00 | 2,476.90 |
| 5 | Illinois Bell Telephone Company | 107.25 | 0.00 | 28.27 |
| 7 | FIA Card Services, NA/Bank of America | 8,063.74 | 0.00 | 2,125.28 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 9,840.27 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Armando H Leiva  
Olga E Leiva  
    Debtors

Case No. 11-80391-MB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-3     User: cshabez     Page 1 of 2     Date Rcvd: Dec 02, 2011  
                      Form ID: pdf006    Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2011.

```
db/jdb      +Armando H Leiva,    Olga E Leiva,    14813 Whispering Wind Way,    South Beloit, IL 61080-2817
17363700    +Associated Bank,    P.O Box 19006,    Green Bay, WI 54307-9006
16744856    +Associated Bank,    1305 Main Street,    Stevens Point WI 54481-2898
16744857    +Bank of America,    P.O. Box 851001,    Dallas, TX 75285-1001
17080361     Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 248839,
              Oklahoma City, OK 73124-8839
16744859    +Citizen's Automobile Finance,    P.O. Box 42002,    Providence, RI 02940-2002
16744860    +Commerce Bank,    P.O. Box 806000,    Kansas City, MO 64180-6000
17260622    +Illinois Bell Telephone Company,    % AT&T Services Inc.,    Attorney: James Grudus, Esq.,
              One AT&T Way, Room 3A218,    Bedminster, NJ 07921-2693
16744862    +Sears Credit Cards,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
16744863   ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
             (address filed with court: Wells Fargo Dealer Services,    P.O. Box 25341,    Santa Ana, CA 92799)
16744864     Winnebago County Collector,    PO Box 1216,    Rockford, IL 61105-1216
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
17011235     E-mail/Text: bankruptcy@commercebank.com Dec 03 2011 01:58:42     Commerce Bank,    P O BOX 419248,
              KCREC-10,    Kansas City, MO 64141-6248
16744861    +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 03 2011 04:17:23     Discover,    P.O. Box 6103,
              Carol Stream, IL 60197-6103
16965074     E-mail/PDF: mrdiscen@discoverfinancial.com Dec 03 2011 04:17:22     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
17400737     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 03 2011 04:13:41
              FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
              Oklahoma City, OK 73124-8809
17156417    +E-mail/Text: resurgentbknotifications@resurgent.com Dec 03 2011 01:56:34
              PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
              c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 5
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16744858     Capital One Bank,    P.O. Box 6492,    IL 61097
16752803     Fernando Dominges
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 04, 2011**          **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-3          User: cshabez              Page 2 of 2                  Date Rcvd: Dec 02, 2011
                              Form ID: pdf006            Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 1, 2011 at the address(es) listed below:
```
              Craig A Willette    on behalf of Trustee Joseph Olsen craigwillette@comcast.net
              Joseph D Olsen     jolsenlaw@aol.com, IL46@ECFCBIS.com
              Joseph D Olsen     on behalf of Trustee Joseph Olsen jolsenlaw@aol.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Raymond J Ostler    on behalf of Creditor  Associated Bank rostler@gsgolaw.com
              Scott E Hillison    on behalf of Debtor Armando Leiva mmagnuson@bjnatalelaw.com
                                                                             TOTAL: 6
```