**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re:  LEIVA, ARMANDO H § Case No. 11-80391
      LEIVA, OLGA E §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $60,864.42  *(without deducting any secured claims)* | Assets Exempt:  $81,500.00 |
| Total Distribution to Claimants: $9,840.27 | Claims Discharged Without Payment:  $52,451.37 |
| Total Expenses of Administration: $5,159.73 | |

    3) Total gross receipts of $ 15,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $15,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $110,863.84 | $104,516.76 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,697.23 | 5,159.73 | 5,159.73 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 36,736.84 | 37,335.95 | 37,335.95 | 9,840.27 |
| **TOTAL DISBURSEMENTS** | $147,600.68 | $144,549.94 | $42,495.68 | $15,000.00 |

    4) This case was originally filed under Chapter 7 on January 31, 2011. The case was pending for 14 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/26/2012          By: /s/JOSEPH D. OLSEN
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 14813 Whispering Wind Way South Beloit, IL | 1110-000 | 15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$15,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Associated Bank | 4110-000 | 104,000.00 | 104,516.76 | 0.00 | 0.00 |
| NOTFILED | Citizen's Automobile Finance | 4110-000 | 900.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Dealer Services | 4110-000 | 2,823.84 | N/A | N/A | 0.00 |
| NOTFILED | Winnebago County Collector | 4110-000 | 3,140.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$110,863.84** | **$104,516.76** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 2,250.00 | 2,250.00 | 2,250.00 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 172.23 | 172.23 | 172.23 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| United States Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 0.00 | 2,462.50 | 2,462.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,697.23 | 5,159.73 | 5,159.73 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 9,522.71 | 9,701.63 | 9,701.63 | 2,556.97 |
| 2 | Commerce Bank | 7100-000 | 2,258.44 | 2,312.12 | 2,312.12 | 609.38 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 7,753.35 | 7,753.35 | 2,043.47 |
| 4 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 9,397.86 | 9,397.86 | 2,476.90 |
| 5 | Illinois Bell Telephone Company | 7100-000 | N/A | 107.25 | 107.25 | 28.27 |
| 7 | FIA Card Services, NA/Bank of America | 7100-000 | N/A | 8,063.74 | 8,063.74 | 2,125.28 |
| NOTFILED | Capital One Bank | 7100-000 | 7,742.82 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 7,893.87 | N/A | N/A | 0.00 |
| NOTFILED | Sears Credit Cards | 7100-000 | 9,319.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 36,736.84 | 37,335.95 | 37,335.95 | 9,840.27 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-80391  
**Case Name:** LEIVA, ARMANDO H  
               LEIVA, OLGA E  
**Period Ending:** 03/26/12

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 01/31/11 (f)  
**§341(a) Meeting Date:** 03/07/11  
**Claims Bar Date:** 06/13/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 14813 Whispering Wind Way South Beloit, IL | 138,000.00 | Unknown | | 15,000.00 | FA |
| 2 | Associated Bank - checking account | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Normal complement of household goods | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Normal complement of wearing apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Elyptical machine | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | Hartford - Term insurance (spouse is beneficiary | 1.00 | 0.00 | DA | 0.00 | FA |
| 7 | State Farm Bank - IRA | 600.00 | 0.00 | DA | 0.00 | FA |
| 8 | Fidelity Investments - 401(K) (subject to loan) | 30,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Fidelity investments - 401(k) | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Approx. 60 shares McDonald's Stock | 4,663.42 | 0.00 | DA | 0.00 | FA |
| 11 | Potential 2010 income tax refund | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2005 Chevy Impala | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2001 Dodge Caravan | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2000 Chevy Venture Van (jointly titled with Husb | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | 720 Green St., Rockford, IL  (u) | 0.00 | Unknown | DA | 0.00 | FA |
| 15 | **Assets** Totals (Excluding unknown values) | **$198,864.42** | **$0.00** | | **$15,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**         **Current Projected Date Of Final Report (TFR):** December 1, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-80391  
**Case Name:** LEIVA, ARMANDO H  
LEIVA, OLGA E  
**Taxpayer ID #:** **-***4797  
**Period Ending:** 03/26/12

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******85-66 - Checking Account  
**Blanket Bond:** $820,095.60   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/14/11 | {1} | Gomberg, Sharfman, Gold & Ostler | Settlement re: adversary #11-96142 | 1110-000 | 15,000.00 | | 15,000.00 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 14,975.00 |
| 01/19/12 | 101 | United States Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 250.00 | 14,725.00 |
| 01/19/12 | 102 | Yalden, Olsen & Willette | Dividend paid 100.00% on $2,462.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,462.50 | 12,262.50 |
| 01/19/12 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $2,250.00, Trustee Compensation;  Reference: | 2100-000 | | 2,250.00 | 10,012.50 |
| 01/19/12 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $172.23, Trustee Expenses;  Reference: | 2200-000 | | 172.23 | 9,840.27 |
| 01/19/12 | 105 | Discover Bank | Dividend paid 26.35% on $9,701.63; Claim# 1; Filed: $9,701.63; Reference: | 7100-000 | | 2,556.97 | 7,283.30 |
| 01/19/12 | 106 | Commerce Bank | Dividend paid 26.35% on $2,312.12; Claim# 2; Filed: $2,312.12; Reference: | 7100-000 | | 609.38 | 6,673.92 |
| 01/19/12 | 107 | Capital One Bank (USA), N.A. | Dividend paid 26.35% on $7,753.35; Claim# 3; Filed: $7,753.35; Reference: | 7100-000 | | 2,043.47 | 4,630.45 |
| 01/19/12 | 108 | PYOD LLC its successors and assigns as assignee of | Dividend paid 26.35% on $9,397.86; Claim# 4; Filed: $9,397.86; Reference: | 7100-000 | | 2,476.90 | 2,153.55 |
| 01/19/12 | 109 | Illinois Bell Telephone Company | Dividend paid 26.35% on $107.25; Claim# 5; Filed: $107.25; Reference: | 7100-000 | | 28.27 | 2,125.28 |
| 01/19/12 | 110 | FIA Card Services, NA/Bank of America | Dividend paid 26.35% on $8,063.74; Claim# 7; Filed: $8,063.74; Reference: | 7100-000 | | 2,125.28 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 15,000.00 | 15,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 15,000.00 | 15,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,000.00** | **$15,000.00** | |

{} Asset reference(s)

Printed: 03/26/2012 02:25 PM   V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-80391  
**Case Name:** LEIVA, ARMANDO H  
LEIVA, OLGA E  
**Taxpayer ID #:** **-***4797  
**Period Ending:** 03/26/12

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******85-66 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 15,000.00  
─────────────  
Net Estate : $15,000.00

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******85-66** | **15,000.00** | **15,000.00** | **0.00** |
| | $15,000.00 | $15,000.00 | $0.00 |

{} Asset reference(s)   Printed: 03/26/2012 02:25 PM   V.12.57